SEALED BY ORDER OF COURT

E-FILED

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>YEVGENIY ALEKSANDROVICH NIKULIN,<br><br>Defendant(s) | Case No.<br><br>UNDER SEAL<br>16 71303 MAG |

FILED
OCT 04 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 3, 2012-March 4, 2012** in the county of **Santa Clara** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1030(a)(2)(C) and (c)(2)(B)(i) | Obtaining Information from a Protected Computer. |

Maximum penalties
Maximum Imprisonment: 5 years
Maximum Fine: $250,000
Maximum Supervise Release: 3 years
Special Assessment: $100

This criminal complaint is based on these facts:
See attached affidavit of Jeffrey S. Miller

☒ Continued on the attached sheet.

APPROVED AS TO FORM:
_____
MICHELLE J. KANE, AUSA

_____
Complainant's signature

Jeffrey S. Miller, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/3/2016

_____
Judge's signature

City and state: San Jose, California

NATHANAEL M. COUSINS, U.S. Magistrate Judge
Printed name and title