SEALED BY ORDER OF COURT

BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3723
    Facsimile: (510) 637-3724
    E-Mail:    michelle.kane3@usdoj.gov

Attorneys for United States of America

FILED
OCT 04 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16 71303 MAG |
| Plaintiff, | SEALING APPLICATION AND SEALING ORDER |
| v. | ~~UNDER SEAL~~ |
| YEVGENIY ALEKSANDROVICH NIKULIN, | |
| Defendant. | |

    The United States requests that the Complaint and Arrest Warrant in the above-captioned case be filed under seal, with the exception that the Clerk's office may provide a copy of the Complaint and Arrest Warrant to the U.S. Attorney's Office and agents of the Federal Bureau of Investigation. The sealing application is requested for the reasons stated in the Affidavit to facilitate the arrest of the defendant.

//
//
//
//
//

SEALING APPLICATION & ORDER

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: October 3, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

MICHELLE J. KANE
Assistant United States Attorney

## ORDER

On the government's application, the Complaint and Arrest Warrant shall be filed under seal, with the exception that the Clerk's office may provide a copy of the Complaint and Arrest Warrant to the U.S. Attorney's Office and agents of the Federal Bureau of Investigation.

IT IS SO ORDERED.

DATED: 10/3/2016

HONORABLE NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION & ORDER

2