1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney
2
    BARBARA J. VALLIERE (DCBN 439353)
3   Chief, Criminal Division

4   MICHELLE J. KANE (CABN 210579)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone: (510) 637-3723
7       Facsimile: (510) 637-3724
        E-Mail:    michelle.kane3@usdoj.gov
8
    Attorneys for United States of America
9

FILED

OCT 05 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. 16-71303 MAG
                                       )
15          Plaintiff,                 )   APPLICATION AND [PROPOSED] ORDER FOR
                                       )   LIMITED UNSEALING OF COMPLAINT AND
16     v.                              )   ARREST WARRANT
                                       )
17  YEVGENIY NIKULIN,                  )   ~~UNDER SEAL~~
                                       )
18          Defendant.                 )
                                       )
    _____)
19

20          The United States respectfully requests that the Court unseal the Complaint and arrest warrant in

21  this matter for the limited purpose of permitting the Department of Justice to provide copies of the

22  Complaint and arrest warrant to foreign government officials in connection with the arrest of defendant.

23  The Complaint and arrest warrant should otherwise remain under seal. The United States also requests

24  that this Application and Order be filed under seal until further order of the Court for the reasons stated

25  in the Complaint in order to facilitate defendant's arrest.

26  //

27

28
    SEALING APPLICATION & ORDER
    16-71303 MAG

1    WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

2

3    DATED: October 4, 2016                    Respectfully submitted,

4                                             BRIAN J. STRETCH
                                             United States Attorney
5

6

7                                             MICHELLE J. KANE
                                             Assistant United States Attorney
8

9

10                                    **ORDER**

11        On the government's application, and good cause appearing therefor, the Court HEREBY

12   ORDERS that the above-captioned Complaint and arrest warrant shall be unsealed for the limited

13   purpose of allowing the United States Department of Justice to provide copies to foreign government

14   officials assisting with the arrest of defendant. The Court FURTHER ORDERS that this Application and

15   Order shall be filed under seal until further order of the court with the exception that the Clerk's office

16   may provide copies to the U.S. Attorney's Office and to agents of the Federal Bureau of Investigation.

17   IT IS SO ORDERED.

18

19   DATED:  October 5, 2016

20                                             HONORABLE NATHANAEL COUSINS
                                             UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26   CC: AUSA Kane

27

28

     SEALING APPLICATION & ORDER
     16-71303 MAG

                                      2